FILED
U.S. District Court
District of Kansas
09/13/2026
Clerk, U.S. District Court
By: MV Deputy Clerk

# UNITED STATES DISTRICT COURT
**District of Kansas**
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-6222-01-BGS

**JOSE PEREZ,**
aka Pedro Perez-Garcia

**Defendant.**

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

**POSSESSION OF COCAINE**
**WITH THE INTENT TO DISTRIBUTE**
**[21 U.S.C. § 841]**

On or about September 11, 2026, in the District of Kansas, the defendant

**JOSE PEREZ,**
aka Pedro Perez-Garcia,

did unlawfully, knowingly, and intentionally possess, with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

I further state that I am a Detective with the Wichita Police Department (WPD), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendant, **JOSE PEREZ** aka Pedro Perez-Garcia, committed the offense set forth in this Complaint.

KEVIN D. REAL
Detective
Wichita Police Department

Sworn to before me this 13th day September, 2026, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, **JOSE PEREZ** aka Pedro Perez-Garcia, committed the offense set forth in this Complaint.

Brooks Severson
United States Magistrate Judge

Brooks Severson
Signature of Judicial Officer

## PENALTIES

**Count 1: 21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
**[Possession of a Controlled Substance with the Intent to Distribute]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least three (3) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of up to thirty (30) years. 21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least six (6) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A
- Forfeiture.

## AFFIDAVIT

I, Kevin D. Real, and having been first duly sworn, do hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective with the Wichita (Kansas) Police Department (WPD). I have been a sworn officer of WPD since 1996, and am currently assigned to the Special Investigations Bureau, which is responsible for investigating crimes involving drug sales and trafficking. I previously held assignments in WPD's Investigations Division as a detective in the Gang Unit, in WPD's Professional Standards Bureau as a detective, in the Drug Enforcement Administration (DEA) as a Task Force Officer and in the Federal Bureau of Investigation Joint Terrorism Task Force as a Task Force Officer. Among many others, I have attended the following training classes: Basic Telecommunications Exploitation Program through DEA, Two-Week Basic Narcotics School through DEA, Top Gun Undercover Drug Investigation Program, Covert Drug Cases, and Advanced Vice and Narcotics Investigations.

2. As a FBI and DEA Task Force Officer and undercover narcotics detective, my duties and responsibilities have included conducting criminal investigations of individuals, businesses and organizations that have violated both state and federal drug laws, including money laundering and other drug related violations. Additionally, I have spoken on numerous occasions with confidential informants (CI's), suspects and narcotics traffickers concerning the methods and practices utilized by drug traffickers. As such, I am familiar with the methods drug traffickers use to further their illegal activities. As a Task Force Officer and undercover narcotics detective, I have

participated in numerous investigations of alleged criminal violations of the Controlled Substances Act Laws. I have participated in undercover investigations involving the purchase of controlled substances, executed search warrants for controlled substances and have conducted numerous surveillances in connection with narcotic investigations. I am familiar with the operation of illegal drug trafficking organizations in the United States, including those organizations whose operations involve the distribution of wholesale quantities of cocaine, methamphetamine, fentanyl and marijuana.

3. Based on information known to Affiant and information provided to Affiant by other law enforcement officers, the following is believed to be true and correct.

**PROBABLE CAUSE**

4. On September 11, 2026, a federal search warrant was executed on the premises located at 2131 South Linden Street, Wichita, Sedgwick County, Kansas. Upon entry to the residence, law enforcement officers observed Jose Perez walk up the stairs from the basement. Jose's adult son, Humberto Perez, was in the main level master bathroom at the time of warrant execution. While being detained, Humberto advised Sedgwick County Sheriff's Office Detective Tyler Marrero that his dad lives downstairs.

5. During the search of the residence, law enforcement officers located a bedroom in the basement, which they believed to be Jose's bedroom. The ongoing investigation has shown that until recently Jose was using a walker to assist him in moving around. A walker was located in the basement bedroom. On the opposite side of the basement from the bedroom, officers located a utility room. Inside the utility room, officers located a nightstand. Inside a nightstand drawer, officers located two knotted

clear plastic baggies, each of which contained a whitish-colored pressed powder substance believed to be cocaine. From his prior training and work experience, Affiant believes the substance was packaged for sale. Officers also noticed a gap in the ceiling sheetrock along a wall in the utility room. Part of the gap in the ceiling sheetrock was above the nightstand. Upon looking into the gap in the ceiling above the nightstand, WPD Detective Cory Masterson located a tray sitting on top of the sheetrock. Inside the tray, Detective Masterson observed what he believed to be a partial cocaine kilogram brick. The substance was similar in appearance to the substance located in the two baggies in the nightstand. The substance from the tray was seized and placed inside a plastic bag for storage. The gross weight of the substance and storage bag was approximately 545 grams. Again, from his prior training and work experience, Affiant believes this amount of cocaine to be intended for distribution. Detective Masterson field-tested a portion of the substance and received a positive result for the presence of cocaine. The total gross weight of the substance seized from the basement utility room was approximately 633 grams. Also located in the utility room were empty sandwich bags and a digital scale. Affiant believes the scale to be utilized for weighing out portions of cocaine for sale, and the baggies to be used to store those portions.

6. After being advised of their rights under Miranda, Jose and Humberto both declined to give statements. Jose was booked to the Sedgwick County Jail for possession of cocaine with intent to distribute.

10. Based on the foregoing information, I believe there is probable cause that Jose Perez is in violation of Title 21, United States Code 841(a)(1).

**Further your Affiant saith not.**

Kevin D. Real
Detective
Wichita Police Department

Sworn to before me and subscribed by telephone this 13st day of September, 2026, at Wichita, Kansas.

Brooks G. Severson
United States Magistrate Judge
District of Kansas